IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 SEP 14 A 9:35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

#87607
MAckel Demetris Jones
Full name and prison number of plaintiff(s)

v.

City of Montgomery, Alabama.

Detective Castleberry
Montgomery Police Department
Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:06-cv-826-MHT
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ✓ ) NO ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ✓ ) NO ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) MAckel Demetris Jones

Defendant(s) City of Montgomery, Detective Castleberry, Montgomery Police Department

2. Court (if federal court, name the district; if state court, name the county) Montgomery County, Montgomery Alabama

3. Docket number NA

4. Name of judge to whom case was assigned NA

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending

6. Approximate date of filing lawsuit Aug 26, 2006

7. Approximate date of disposition NA

II. PLACE OF PRESENT CONFINEMENT Montgomery County Dentention Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED 2006 Chappell Street 36117

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | City Of Montgomery | 103 N Perry St 36104 |
| 2. | Detective CAstleberry | 320 N. Ripley St 36104 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED MAy, 24, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: My 4th Amendent WAS violated, no probable CAuse for the WArrant to be issued

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On May 24 2006 About 1:30 pm, on 2006 Chappel Street. No drugs were found on me, or Anything Linking me to the resident, And I had no Knowledge of drugs At or sold At the resident

GROUND TWO: My 14th Amendment WAS Voilated, NO Jurisdiction Of Equal protection Of the LAw

SUPPORTING FACTS: On MAy 24, 2006 About 1:30, on 2006 Chappel St. Detective CAstleberry Arrest my with Equal protection Of the LAw, And enforce his own LAws within his Jurisdiction

GROUND THREE: ______________________________

SUPPORTING FACTS: ______________________________

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the charges drop, And order my release from custody

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 26 Aug 2006.
(Date)

Signature of plaintiff(s)